United States District Court
District of South Carolina

Jonathan Lee Riches,
Plaintiff

V.

ANSYS Inc; Bureau of Prisons; FCI Williamsburg
Defendants

## Temporary Restraining Order
### Bivens v. 6 Unknown Agents

Plaintiff faces imminent danger. ANSYS is committing a deliberate indifference on Plaintiffs life and daily torture. Plaintiff seeks a restraining order.